

ERIK B. DERR

MEMBER OF NJ BAR
MEMBER OF NY BAR
MEMBER OF PA BAR

Becker LLC
Eisenhower Plaza Two
354 Eisenhower Parkway
Suite 1500
Livingston, New Jersey 07039

Direct:      (973) 251-8916
Main:       (215) 282-0699
Facsimile:  (215) 282-0169

ederr@becker.legal

May 2, 2024

**VIA CM/ECF**
The Honorable Esther Salas
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:   *SJA TD Holdings, L.L.C., et. al., v. Yellin, et. al.*
             **Civil Action No. 22-CV-04940 (ES) (JBC)**

Dear Judge Salas:

      As you know, this Firm represents Defendants Jared Yellin ("Mr. Yellin"), Synduit Holdings, LLC, improperly pled as Synduit LLC, ("Synduit"), CILA Labs, LLC ("CILA Labs"), and Project 10K, LLC, improperly pled as Project 10K ("Project 10K") (collectively, the "Defendants") in the above captioned action (the "Action").

      We write to advise that the parties conferred and consent to an adjournment of the current May 20, 2024 motion date for Plaintiffs' Motion for Leave to File First Amended Complaint (ECF No. 79) to June 17, 2024.

      This is the first joint request for an adjournment of this Motion, and given all parties' consent for such adjournment, no party will sustain any prejudice because of such adjournment.

      Therefore, it is respectfully requested that the current May 20, 2024 motion date for Plaintiffs' Motion for Leave to File First Amended Complaint be adjourned to June 17, 2024.



The Honorable Esther Salas
May 2, 2024
Page 2 of 2

    Thank you for your attention to the above issues. Should your Honor wish to schedule a conference to discuss these issues, my office remains at your disposal.

                                        Respectfully submitted,
                                        **BECKER LLC**

                                        /s/ Erik B. Derr
                                        ERIK B. DERR

JGH/bb
Cc:  Michael J. Smikun, Esq. – Via E-Courts